[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-16524
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 25, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00227-CR-RBP-JEO

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOUGLAS LUVELL DOSS,
a.k.a. Douglass Doss,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(September 25, 2006)**

Before EDMONDSON, Chief Judge, DUBINA and HULL, Circuit Judges.

BY THE COURT:

Glennon F. Threatt, appointed counsel for Douglas Luvell Doss in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Doss's conviction and sentence are **AFFIRMED**.